UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-22119-CIV-GOLD/MCALILEY

**EDWIN KING**, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.

**MOVIETICKETS.COM, INC.**,

    Defendant.
_____/

## ORDER DENYING MOTION FOR STAY; GRANTING MOTION FOR EXTENSION OF TIME

**THIS CAUSE** comes before the Court upon Plaintiff's Unopposed Motion [DE 44] for Extension of Time to File his Response to Defendant's Motion to Dismiss, filed April 2, 2008, and Plaintiff's Motion to Stay [DE 43], filed on April 1, 2008. As discussed at the telephonic status conference on April 4, 2008, I deny the Motion to Stay and grant the Motion for Extension. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1. The Motion for Extension [DE 44] is GRANTED. Plaintiff shall have until and including April 11, 2008 to file his Response to Defendant's Motion to Dismiss.

2. The Motion to Stay [DE 43] is DENIED.

**DONE AND ORDERED** in Chambers at Miami, Florida this 4 day of April, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished to:
U.S. Magistrate Judge Chris McAliley
Counsel of Record