UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22119-CIV-GOLD/MCALILEY

EDWIN KING,

    Plaintiff,

v.

MOVIETICKETS.COM, INC.,

    Defendant.
_____/

### ENTRY OF FINAL JUDGMENT

In a prior order, this Court entered its Order Granting Motion to Dismiss and dismissed this case with prejudice. In accordance with Federal Rule of Civil Procedure 58, the Court enters judgment against Plaintiff Edwin King in favor of Defendant MovieTickets.com. The Plaintiff shall take nothing pursuant to this judgment.

Having granted judgment in favor of Defendant, it is hereby ORDERED AND ADJUDGED that

    1.    This case is CLOSED.

    2.    The Court retains jurisdiction on matters of attorney's fees and costs.

BY COURT ORDER in Miami, Florida this 20 day of May, 2008.

STEVEN M. LARIMORE
CLERK OF COURT

BY: _____
JACOB HASBUN
DEPUTY CLERK

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record